IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>ONE (1) FN AMERICA, MODEL: M249S PARA,<br>5.56/.223 CALIBER RIFLE,<br>SERIAL NUMBER: M249SA08256,<br>Defendant Property. | CASE NO.: 7:23-CV-140 (WLS) |

### DEFAULT JUDGMENT OF FORFEITURE AND FINAL ORDER OF FORFEITURE AS TO THE DEFENDANT PROPERTY

A Clerk's Entry of Default having been entered on May 20, 2024, in the above referenced case, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment of forfeiture and final order of forfeiture against the Defendant Property, having filed a proper Affidavit as to the property to be declared forfeited to the Plaintiff;

IT IS HEREBY ORDERED THAT JUDGMENT is entered as follows: All right, title, and interest in the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

Dated this 28th day of May, 2024.

*W. Louis Sands* (signature)
W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

*/s/ Michael P. Morrill*
MICHAEL PATRICK MORRILL
Assistant United States Attorney
Georgia Bar Number: 545410