IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * |
| ONE (1) FN AMERICA, MODEL: M249S PARA, 5.56/.223 CALIBER RIFLE, SERIAL NUMBER: M249SA08256, | Case No.  7:23-cv-140 (WLS) |
| | * |
| Defendant Property, | * |
| | * |
| | * |

J U D G M E N T

Pursuant to this Court's Order dated May 28, 2024, and for the reasons stated therein, JUDGMENT is hereby entered as follows:

1. All right, title, and interest in the defendant property, to wit: ONE (1) FN AMERICA, MODEL: M249S PARA, 5.56/.223 CALIBER RIFLE, SERIAL NUMBER: M249SA08256, is hereby forfeited to and vested in the United States, which shall have clear title to the defendant property.

2. The United States Attorney General or his authorized designee shall dispose of this property in accordance with the law.

This 29th day of May, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk